IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DOUGLAS W. OLIVER,

Defendant.                              No. 13-cr-30024-2-DRH

## ORDER

On motion of the United States (Doc. 23), the Indictment in the instant case is hereby amended by interlineation to correctly identify defendant as "Douglas W. Oliver."  Thus, the government's motion to amend/correct indictment by interlineation is **GRANTED**. The Clerk is instructed to change the docket sheet accordingly. All future documents filed in this case shall reflect the corrected name.

**IT IS SO ORDERED.**

Signed this 6th day of February, 2013.

Digitally signed by David R. Herndon
Date: 2013.02.06 09:30:58 -06'00'

**Chief Judge**
**United States District Court**