IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
AUG 01 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 13-CR-30024-DRH |
| DEBORAH A. PERKINS, | ) |
| Defendant. | ) |

## STIPULATION OF FACTS

The Defendant and the Government agree and stipulate as follows:

1. Between 2004 and January 2013, Defendant, her son Douglas Oliver, and others, sold heroin from Defendant's residence at 20 Kassing Drive in Fairview Heights, Illinois. Defendant was fully aware that her home was being used to store and sell large quantities of heroin. Defendant herself bought heroin from her sources in Chicago and elsewhere, and then brought it back to her residence at 20 Kassing Drive for resale between 2004 and 2013. From 2008 up until her arrest on January 21, 2013, Defendant traveled to Chicago to purchase heroin for resale. Defendant and Sean McGilvery made many trips to Chicago to purchase heroin from Defendant's sources. Typically, Defendant pooled her money with Sean McGilvery, Eric Beckley, and others and purchased 25 grams to 100 grams of heroin on each trip. All involved shared equally in the expenses associated with the trips to Chicago including gas purchases. From 2008 until late November 2011, upon returning from Chicago, Defendant and McGilvery would store their heroin for resale at McGilvery's home in Belleville, Illinois. From November 2011 until her arrest in January 2013, McGilvery continued to give Defendant money every two weeks to purchase heroin in Chicago for him. The amount of money varied but was typically

between $2,500 and $5,000. During this time period, McGilvery would pick up the heroin from Defendant's residence at 20 Kassing Drive in Fairview Heights, Illinois.

    2. Defendant provided heroin to her son, Douglas Oliver, for re-sale. Defendant also provided heroin to Eric Beckley for re-sale. Defendant provided heroin to a number of other heroin dealers, including but not limited to Sean McGilvery, for re-sale as well, between 2004 and 2013. Defendant had active and ongoing business relationships with a number of those to whom she provided heroin for re-sale.

    3. Shortly before her arrest on January 21, 2013, Defendant had travelled to Chicago and bought approximately 75 grams of heroin from a source there. Defendant then transported this heroin back to Eric Beckley's residence in Centreville, Illinois. Defendant then left 50 grams of heroin at Beckley's residence for Beckley to re-sell. Defendant then transported the remainder of this heroin to her own residence at 20 Kassing Drive in Fairview Heights, Illinois, where police later seized it.

    4. The total quantity of heroin purchased, transported, and/or sold by Defendant and her associates between 2004 and January 2013 was in excess of one (1) kilogram, but less than three (3) kilograms.

**SO STIPULATED**

_Deborah Perkins_
DEBORAH A. PERKINS
Defendant

_Robert Garrison_
ROBERT L. GARRISON
~~Assistant~~ United States Attorney

_Todd Schultz_
TODD SCHULTZ
Attorney for Defendant

Date: 08-01-13

Date: 8-1-13